MARK W. COLEMAN #117306
LAW OFFICE OF MARK W. COLEMAN
2300 Tulare Street, Suite 300
Fresno, California 93721
P: (559) 552-8800
F: (559) 475-9328

Attorneys for Defendant
　　　　ALEJANDRO GUZMAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ALEJANDRO GUZMAN,<br><br>　　　　　　　　　Defendant. | Case No.: 1:22-CR-00062-JLT-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING AND ORDER**<br><br>Date:　November 20, 2023<br>Time:　10:00 a.m.<br>Judge: Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for November 20, 2023, at 10:00 a.m., be continued to December 18, 2023, at 10:00 a.m., or as soon thereafter as is convenient to the court's calendar.

　　This continuance is requested by counsel for Defendant due to the fact that counsel is currently, and has been since August 22, 2023, in Trial in the Madera County Superior Court. Counsel needs additional time to schedule and attend the Probation Interview with Defendant, and to prepare appropriate pre-sentencing documents.

　　Counsel for Defendant has spoken with Assistant U. S. Attorney, Justin Gilio, who has no objection to this continuance.

///

///

1

Dated: September 27, 2023.                     Respectfully Submitted,

                                                        LAW OFFICE OF MARK W. COLEMAN

                                                        /s/ MARK W. COLEMAN

                                                        MARK W. COLEMAN
                                                        Attorney for Defendant

Dated: September 27, 2023.                     UNITED STATES ATTORNEY'S OFFICE

                                                        /s/  JUSTIN GILIO

                                                        JUSTIN GILIO
                                                        Assistant U.S. Attorney

\* \* \* \* \* \* \* \* \* \*

## **ORDER**

**IT IS ORDERED** that the Sentencing currently scheduled on November 20, 2023, at 10:00 a.m. is continued to December 18, 2023, at 10:00 a.m.

IT IS SO ORDERED.

   Dated:   **September 27, 2023**

UNITED STATES DISTRICT JUDGE

2