MARK W. COLEMAN #117306
LAW OFFICE OF MARK W. COLEMAN
2300 Tulare Street, Suite 300
Fresno, California 93721
P: (559) 552-8800
F: (559) 475-9328

Attorneys for Defendant
      ALEJANDRO GUZMAN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:22-CR-00062-JLT-SKO |
|                     Plaintiff, | **STIPULATION TO CONTINUE SENTENCING AND ORDER** |
|   v. | |
| ALEJANDRO GUZMAN, | Date:   December 18, 2023<br>Time:  10:00 a.m.<br>Judge: Jennifer L. Thurston |
|                  Defendant. | |

     **IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for December 18, 2023, at 10:00 a.m., be continued to January 29, 2024, at 10:00 a.m., or as soon thereafter as is convenient to the court's calendar.

     This continuance is requested by counsel for Defendant due to the fact that additional time is needed for counsel to meet with Defendant and prepare appropriate pre-sentencing documents. Counsel's schedule has been impacted due to recent Trials, including a two-month Trial in Madera County, and preparation for a Trial in Mariposa County.

     Counsel for Defendant has spoken with Assistant U. S. Attorney, Justin Gilio, who has no objection to this continuance.

///

///

Dated: November 15, 2023.          Respectfully Submitted,

                                   LAW OFFICE OF MARK W. COLEMAN

                                   /s/ MARK W. COLEMAN

                                   MARK W. COLEMAN
                                   Attorney for Defendant


Dated: November 15, 2023.          UNITED STATES ATTORNEY'S OFFICE

                                   /s/ JUSTIN GILIO

                                   _____
                                   JUSTIN GILIO
                                   Assistant U.S. Attorney

                            * * * * * * * * * * *

# **ORDER**

    Based on the stipulation of counsel, the Sentencing currently scheduled on December 18, 2023, at 10:00 a.m. is **CONTINUED** to **January 29, 2024 at 10:00 a.m**.


IT IS SO ORDERED.

   Dated:   **November 16, 2023**

UNITED STATES DISTRICT JUDGE