# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00062-JLT-SKO-9 |
|---|---|
| Plaintiff, | ORDER EXONERATING BOND AND DIRECTING CLERK OF COURT TO RECONVEY CASH BOND TO SURETY |
| v. | |
| ALEJANDRO GUZMAN, | |
| Defendant. | |

A detention hearing as to Defendant Alejandro Guzman was held on April 8, 2022. (ECF No. 109.) Defendant was ordered released with conditions, including the surrender of his passport and a $200 cash bond. (ECF No. 111.) On April 11, 2022, Eduardo Navarro posted a cash bond in the amount of $200 (Receipt # CAE100050357). (ECF No. 108.) The Defendant and surety were advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence." (ECF No. 113 at 2.)

On August 28, 2023, Defendant entered a guilty plea to a charged offense pursuant to a written plea agreement. (ECF Nos. 314, 326.) On January 29, 2024, Defendant was sentenced to a custodial term of 51 months. (ECF No. 451.) Defendant is currently serving his sentence. (ECF No. 468.) On March 28, 2024, Defendant's passport was returned. (ECF No. 464.)

/ / /

On July 10, 2025, the Court ordered the Government to show cause in writing within fourteen days why the bond should not be released to the surety. (ECF No. 713.) The Court advised that "[i]f the Government does not respond to this show cause order in writing, that lack of response will be construed as a non-opposition to an order by the Court directing the Clerk of Court to return the bond to the address of the surety on file." (Id. at 2.) The Government did not file a response and the deadline to do so has expired.

The Court finds that Defendant has complied with the conditions of his bond and that no conditions remain to be satisfied.

Accordingly, IT IS ORDERED THAT the $200 appearance bond posted by Eduardo Navarro on behalf of Alejandro Guzman is exonerated. The Clerk of Court is DIRECTED to serve a copy of this order on the surety and return the $200 cash bond to the address on record.

IT IS SO ORDERED.

Dated:   **July 25, 2025**

STANLEY A. BOONE
United States Magistrate Judge